# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Ching YU<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.

6:23-mj- 2004

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 6, 2023 _____ in the county of _____ Orange _____ in the
_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1543 | False use of Passport |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Javier A. Mondejar, Enforcement Officer, USCBP
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept. 6, 2023 @ 10:35 am

_____
*Judge's signature*

City and state: _____ Orlando, Florida _____

Robert M. Norway, U.S. Magistrate Judge
*Printed name and title*

**STATE OF FLORIDA**  Case No. 6:23-mj- 2004

**COUNTY OF ORANGE**

## AFFIDAVIT

I, JAVIER A MONDEJAR, Enforcement Officer at Orlando International Airport working for United States Customs and Border Protection ("USCBP") in Orlando, Florida, being duly sworn, state the following:

1. I am a Criminal Enforcement Officer at Orlando International Airport and have been so employed since 2008. Prior to assuming that position, I was a Customs and Border Protection Officer, and have been employed with the agency since 2006. I am responsible for conducting criminal investigations of the criminal statutes contained in the Immigration and Nationality Act, and related offenses contained in Titles 8, 18, and 19 of the United States Code.

2. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of USCBP. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances that I believe are sufficient to establish probable cause.

3. On September 6, 2023, YU, Ching (DOB: XX/XX/1979, Country of Birth: China, Country of Citizenship: Taiwan-Republic of China) arrived at Orlando International Airport from San Jose, Costa Rica on Spirit Airlines 1310 and presented herself as CHOI, Joohye (DOB: XX/XX/1979, COB: The Republic of Korea COC: Republic of Korea). YU presented herself for inspection with a fraudulent Republic of

Korea passport (Passport Document ID Number XXXXX4521) and with an approved ESTA ("Electronic System for Travel Authorization")[1] application under the name of CHOI, Joohye and a date of birth of XX/XX/1979. YU was referred to Passport Control Secondary for further inspection.

4.    Another passenger from that same Spirit Airlines flight (1310), WANG, Jun (DOB: XX/XX/1975, Country of Birth: China, Country of Citizenship: Taiwan-Republic of China), presented herself as KIM, Youngwoon (DOB: XX/XX/1975, COB: The Republic of Korea, COC: Republic of Korea). WANG presented herself for inspection with a fraudulent Republic of Korea passport (Passport Document ID Number XXXXX2983) and with an approved ESTA application under the name of KIM, Youngwoon and a date of birth of XX/XX/1975. WANG was referred to Passport Control Secondary for further inspection. Further investigation revealed that YU and WANG were traveling together from Costa Rica and that both utilized fraudulent passports that were procured from the same unknown source.

5.    Once YU was referred to Passport Control Secondary, CBPO Santiago conducted a system checks and a baggage exam, the former of which revealed that YU was previously admitted into the United States of America under the Visa Waiver

---

[1] ESTA is an automated system that determines the eligibility of visitors to travel to the United States under the Visa Waiver Program (VWP). The Visa Waiver Program (VWP), administered by the Department of Homeland Security (DHS) in consultation with the State Department, permits citizens of 40 countries to travel to the United States for business or tourism for stays of up to 90 days without a visa. The Republic of Korea and Taiwan are included within that list of 40 countries.

Program (VWP) using her true identity as a Taiwan citizen with her Taiwan passport #XXXX4906 on April 22, 2022, and departed on June 22, 2022. The systems check further alerted USCBP officers to a "TECS Lookout" message indicating that the fictitious name used by YU ("CHOI, Joohye") was linked to other VWP-ESTA applications. Additionally, the examination of YU's luggage revealed a valid passport from Taiwan (passport #XXXXX4906) that contained her true biographical information, including her name (YU, Ching), date of birth (XX/XX/1979), and country of birth and citizenship (COB: China, COC: Taiwan-Republic of China).

6. YU provided a sworn statement to CBPOs Rivera, M and ZHAO, Z, the latter of whom served a Chinese-Mandarin interpreter. YU stated that her true name is "YU, Ching" and that she was born in Mainland China. YU admitted that the Korean passport was not issued by a competent, legal government authority and that she purchased that passport through an online account called "Wicheck Account". YU stated that once she provided a photograph of herself, the fraudulent Korean passport was then delivered to the hotel room that she occupied in Costa Rica. YU stated that she paid $15,000.00 USD upfront for the fraudulent passport and, if she made it through USCBP, she would then owe an additional $15,000.00 USD—thus, she would pay a total of $30,000.00 USD to the source that provided her the fraudulent passport. YU reasoned that she purchased the fraudulent passport because it would be too troublesome and time consuming to obtain a valid visa, and that she did not know

it was illegal to obtain and utilize a fraudulent passport to gain admission into the United States of America.

7.    CBP Criminal Enforcement Unit was notified of the incident, and I responded. I encountered YU in passport control secondary, at which time law enforcement computer system checks were conducted, which revealed the following information:

    a. As mentioned above, YU was previously admitted into the United States of America under the Visa Waiver Program (VWP) using her true identity as a Taiwan citizen with her Taiwan passport #XXXXX4906. On April 22, 2022, YU entered the United States of America and, through the VWP, was allowed to remain in the United States of America until June 30, 2022.

    b. Your Affiant further learned that YU's fingerprints provided to the primary officer with U.S. Customs and Border Protection on September 6, 2023, were an exact match to the fingerprints YU provided when she entered the United States of America as a Taiwanese citizen on April 22, 2022.

    c. On September 4, 2023, YU submitted an ESTA application for the Visa Waiver Program as citizen of the Republic of Korea to gain entry into the United States of America. YU filled out the application utilizing the biographical information derived from her newly obtained fraudulent Korean identification/passport (Korean passport number XXXXX4521),

using the fictitious name of "CHOI, Joohye". In this ESTA application, YU used a photograph containing her own image and her actual date of birth.

d. Notably, YU's previous ESTA application that she submitted as a Taiwan citizen was denied because she admitted that she worked as an escort during her last entry into the United States of America, and thus she would need to procure a visa for subsequent admission into the United States of America.

8. A law enforcement officer read *Miranda* warnings to YU in the English language, which were translated to Chinese-Mandarin by CBPO Zhao. YU stated that she understood her rights and elected to invoke those rights by not speaking with CBPO officers.

9. Based upon the foregoing, your affiant submits that there is probable cause to believe that Ching YU willfully and knowingly used and/or attempted to use a false, forged, or counterfeited passport in order to illegally enter the United States, in violation of 18 U.S.C. § 1543.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Javier A Mondejar
Criminal Enforcement Officer
U.S. Customs and Border Protection

Sworn and subscribed to before me on this
8th day of September, 2023, in Orlando, Florida.

_____
Honorable Robert M. Norway
United States Magistrate Judge