**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                                                             Case No. 6:23-mj-2001

**JUN WANG,**

    **Defendant.**
_____ /

**NOTICE OF APPEARANCE**

The Office of the Federal Defender has been appointed by the Court to represent the Defendant, Jun Wang, in the above-styled cause.

The Clerk is requested to enter the appearance of Karla M. Reyes, Assistant Federal Defender, as counsel for the Defendant.

Respectfully submitted this 11th day of September 2023.

                                          A. FITZGERALD HALL, ESQ.
                                          FEDERAL DEFENDER
                                          *s/Karla M. Reyes*
                                          Karla M. Reyes, Esq.
                                          Assistant Federal Defender
                                          Florida Bar No.0072652
                                          201 S. Orange Avenue, Suite 300
                                          Orlando, FL 32801
                                          Telephone: 407-648-6338
                                          Fax: 407-648-6095
                                          E-Mail: karla_reyes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Michael Sartoian, Assistant U.S. Attorney, this11th day of September 2023.

*s/Karla M. Reyes*
Attorney for Defendant
