# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CHING YU

Case No. 6:23-cr-188-RBD-RMN

## ORDER

Because the above-named defendant has testified under oath or has otherwise satisfied this Court that she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that Andrew Chmelir is appointed to represent the above-named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando, Florida, on October 16, 2023.

_____
ROBERT M. NORWAY
United States Magistrate Judge

Copies furnished to:

Assistant U.S. Attorney
Counsel for Defendant
Defendant