UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

v.                                                     **Case No: 6:23-cr-188-RBD-RMN**

**CHING YU**

AUSA: Michael Sartoian

Defense Attorney: Andrew Chmelir, CJA

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **November 9, 2023** 10:06 A.M. – 10:07 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | None | PRETRIAL/PROB: | No Appearance |
| TOTAL TIME | 1 minute | | |

**CLERK'S MINUTES**
**STATUS CONFERENCE**

Case called. Appearances made by counsel.

Defendant's Oral Motion to Continue Trial is **GRANTED**, with no objection from the Government. Continuance is contingent upon each defense counsel filing a waiver of speedy trial through the January 2024 trial term.

After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court, therefore, determines that the time from today 11/9/2023 until and including 1/31/2024, shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Jury trial set for January 2, 2024 trial term.

Status Conference set for December 14, 2023 at 10:00 AM.

New plea deadline set for December 21, 2023.

Court is adjourned.