UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-188-RBD-RMN

JUN WANG

## NOTICE OF ELEMENTS OF OFFENSE, MAXIMUM PENALTIES, AND FACTUAL BASIS

The United States of America hereby files this Notice of Elements of the Offense, Maximum Penalties, Personalization of Elements, and Factual Basis, stating as follows:

I. ELEMENTS OF THE OFFENSE

Count One charges the defendant with a violation of 18 U.S.C. § 1543 and the elements are as follows:

<u>First</u>: the defendant willfully and knowingly used or attempted to use a passport; and

<u>Second</u>: the defendant knew the passport was false, forged, or counterfeited.

II. MAXIMUM PENALTIES

The maximum penalties for the offense charged in Count One are ten years in prison, not more than three years of supervised release, not more than a $250,000 fine, and a $100 special assessment.

The defendant must also forfeit property, pursuant to 18 U.S.C. § 982(a)(6), as outlined in the Indictment.

III. PERSONALIZATION OF ELEMENTS

    Count One:

        <u>First</u>:    On or about September 6, 2023, in the Middle District of Florida, did you willfully and knowingly use or attempt to use a passport?

        <u>Second</u>:    Did you know that the passport you used or attempted to use was false, forged, or counterfeited?

IV. FACTUAL BASIS

On September 6, 2023, Jun Wang ("WANG") and Ching Yu ("YU), both citizens and nationals of Taiwan, Republic of China, each willfully and knowingly used a counterfeit/fraudulent Republic of Korea (hereinafter "South Korea") passport when entering the United States at the Orlando International Airport. Wang and Yu flew into Orlando together on a flight from San Jose, Costa Rica, and presented their respective counterfeit/fraudulent South Korean passports to Customs and Border Protection (CBP) officers.

Wang presented to the CBP officer a South Korean passport in the name of Y.K. with a date of birth of XX/XX/1975, and an approved ESTA application[1]

---

[1] The Visa Waiver Program (VWP), administered by the Department of Homeland Security (DHS) in consultation with the State Department, enables citizens or nationals of VWP-designated countries to travel to the United States for business or tourism for stays of up to 90 days without obtaining a visa, if they otherwise meet the VWP's eligibility requirements. In order to enter the United States without a visa on the VWP, otherwise eligible travelers must obtain approval through the Electronic System for Travel Authorization (ESTA) prior to boarding a United States-bound air or sea carrier.  ESTA is an automated system administered by United States Customs and Border Protection (CBP) that determines eligibility of visitors to travel to the United States under the VWP through an online application that collects biographic information and answers to VWP eligibility questions regarding each prospective traveler.  While ESTA approval authorizes a traveler to board a carrier for travel to the United States, a determination of the traveler's ultimate admissibility into

filled out as Citizen of South Korea with the same biographical information that was contained in the South Korean Passport. Wang was referred to Passport Control Secondary for further inspection.

During the Passport Control Secondary inspection, CBPO Santiago conducted a baggage exam of Wang's luggage revealing Wang's valid passport from Taiwan that contained her true biographical information, including her name ("WANG, Jun"), date of birth (XX/XX/1975), and country of birth and citizenship (COB: China, COC: Taiwan-Republic of China). Additionally, Wang's baggage contained a package of sanitary pads that concealed additional Taiwan identification cards that belonged to her. The biographical information contained on these identification cards were identical to the information on her Taiwan passport. During the baggage exam, Wang stated to CBPOs Rivera and Zhao, the latter of whom served as a Chinese-Mandarin interpreter, that she obtained the fraudulent Korean passport while in Costa Rica, which was arranged by another passenger on the flight "J.C." (who was later identified as co-defendant, Ching Yu) who contacted a friend through "WeChat."[2]

CBPOE J. Mondejar conducted a law enforcement computer system check revealing that, on May 28, 2022, Wang was previously admitted into the United States under the Visa Waiver Program (VWP) using her true identity as a Taiwan

---

the United States pursuant to the VWP is determined by a CBP officer upon the traveler's arrival to the United States and presentment of a valid passport from a VWP-designated country.

[2] WeChat is a Chinese instant messaging, social media, and mobile payment app developed by Tencent.

3

citizen with her Taiwan passport #XXXXX9578 and was allowed to remain until August 25, 2022. However, Wang did not depart the United States until December 4, 2022, which caused her to be flagged as an "overstay" and rendered her ineligible for future stays in the United States under the VWP using her true name and identity.

On September 4, 2023, Wang submitted an ESTA application for the VWP as citizen of the Republic of Korea to enter the US. Wang filled out this application utilizing the biographical information derived from her newly obtained fraudulent Korean identification/passport and a photograph containing her own image.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Michael Sartoian*
MICHAEL SARTOIAN
Assistant United States Attorney
Florida Bar No.: 124505
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: MSartoian@usa.doj.gov

U.S. v. JUN WANG                                              Case No. 6:23-cr-188-RBD-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Karla Reyes
Federal Public Defender

By: /s/ *Michael Sartoian*
MICHAEL SARTOIAN
Assistant United States Attorney
Florida Bar No.: 124505
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       MSartoian@usa.doj.gov