# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 6:23-cr-188-RBD-RMN

JUN WANG

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty (Doc. 72) entered by the Honorable Robert M. Norway, United States Magistrate Judge, to which Notices of No Objection have been filed (Docs. 73 and 74). The Court hereby accepts the Defendant's plea of guilty to Count One of the Indictment, and the Defendant is adjudged guilty of such offense.

**SENTENCING** for the Defendant is hereby scheduled for **Tuesday, February 20, 2024, at 10:00 AM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 20, 2023.



ROY B. DALTON, JR.
United States District Judge

Copies:   Counsel of Record