UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:23-cr-188-RBD-RMN

CHING YU

**NOTICE OF ELEMENTS OF OFFENSE,
MAXIMUM PENALTIES, AND FACTUAL BASIS**

The United States of America hereby files this Notice of Elements of the Offense, Maximum Penalties, Personalization of Elements, and Factual Basis, stating as follows:

I. ELEMENTS OF THE OFFENSE

Count Two charges the defendant with a violation of 18 U.S.C. § 1543 and the elements are as follows:

First: the defendant willfully and knowingly used or attempted to use a passport; and

Second: the defendant knew the passport was false, forged, or counterfeited.

II. MAXIMUM PENALTIES

The maximum penalties for the offense charged in Count Two are ten years in prison, not more than three years of supervised release, not more than a $250,000 fine, and a $100 special assessment.

The defendant must also forfeit property, pursuant to 18 U.S.C. § 982(a)(6), as outlined in the Indictment.

III. PERSONALIZATION OF ELEMENTS

    Count Two:

        First:     On or about September 6, 2023, in the Middle District of Florida, did you willfully and knowingly use or attempt to use a passport?

        Second:     Did you know that the passport you used or attempted to use was false, forged, or counterfeited?

IV. FACTUAL BASIS

On September 6, 2023, Jun Wang ("WANG") and Ching Yu ("YU), both citizens and nationals of Taiwan, Republic of China, each willfully and knowingly used a counterfeit/fraudulent Republic of Korea (hereinafter "South Korea") passport when entering the United States at the Orlando International Airport. Wang and Yu flew into Orlando together on a flight from San Jose, Costa Rica, and presented their respective counterfeit/fraudulent South Korean passports to Customs and Border Protection (CBP) officers.

Yu presented to the CBP officer a South Korean passport in the name of J.C. with a date of birth of XX/XX/1975, and an approved ESTA application[1] filled out

---

[1] The Visa Waiver Program (VWP), administered by the Department of Homeland Security (DHS) in consultation with the State Department, enables citizens or nationals of VWP-designated countries to travel to the United States for business or tourism for stays of up to 90 days without obtaining a visa, if they otherwise meet the VWP's eligibility requirements. In order to enter the United States without a visa on the VWP, otherwise eligible travelers must obtain approval through the Electronic System for Travel Authorization (ESTA) prior to boarding a United States-bound air or sea carrier. ESTA is an automated system administered by United States Customs and Border Protection (CBP) that determines eligibility of visitors to travel to the United States under the VWP through an online application that collects biographic information and answers to VWP eligibility questions regarding each prospective traveler. While ESTA approval authorizes a traveler

as a Citizen of South Korea with the same biographical information that was contained in the South Korean Passport. Yu was referred to Passport Control Secondary as a "TECS one day lookout" which indicated that she was a subject linked to other fraudulent VWP/ESTA applications. During the Passport Control Secondary inspection, CBPO Santiago conducted a baggage exam of Yu's luggage revealing a valid passport from Taiwan (passport #XXXXX4906) that contained her true biographical information, including her name ("YU, Ching"), date of birth (XX/XX/1979), and country of birth and citizenship (COB: China, COC: Taiwan-Republic of China).

Yu provided a sworn statement to CBPOs Rivera and Zhao, the latter of whom served as a Chinese-Mandarin interpreter. Yu stated that her true name is "Yu, Ching" and that she was born in Mainland China. Yu admitted that the Korean passport was not issued by a competent, legal government authority and that she purchased that passport through an online account called "Wicheck Account." Yu stated that once she provided a photograph of herself, the fraudulent Korean passport was then delivered to the hotel room that she occupied in Costa Rica. Yu stated that she paid $15,000.00 USD upfront for the fraudulent passport and, if she made it through USCBP, she would then owe an additional $15,000.00 USD—thus, she would pay a total of $30,000.00 USD to the source that provided her the

---

to board a carrier for travel to the United States, a determination of the traveler's ultimate admissibility into the United States pursuant to the VWP is determined by a CBP officer upon the traveler's arrival to the United States and presentment of a valid passport from a VWP-designated country.

fraudulent passport. Yu claimed that she purchased the fraudulent passport because it would be too troublesome and time consuming to obtain a valid visa and that she did not know it was illegal to obtain and utilize a fraudulent passport to gain admission into the United States of America

CBPOE J. Mondejar conducted a law enforcement computer system check revealing that Yu was previously admitted into the United States of America under the VWP using her true identity as a Taiwan citizen with her Taiwan passport #XXXXX4906. On April 22, 2022, Yu entered the United States of America and, through the VWP, was allowed to remain in the United States of America until June 30, 2022. During this prior entry, Yu admitted that she worked as an escort during her time in the US, which led to her subsequent ESTA application as a Taiwan citizen being denied. Thus, Yu was required to procure a visa for any subsequent admission into the US. However, on September 4, 2023, Yu submitted an ESTA application for the VWP as a citizen of South Korea to enter the US. Based on CBPOE Mondejar's review of the ESTA application, Yu utilized the biographical information derived from her newly obtained fraudulent South Korean identification/passport and a photograph containing her own image to complete the application.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Michael Sartoian*

MICHAEL SARTOIAN
Assistant United States Attorney
Florida Bar No.: 124505
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:	(407) 648-7500
Facsimile:	(407) 648-7643
E-mail:	MSartoian@usa.doj.gov

U.S. v. CHING YU　　　　　　　　　　　　　　　　Case No. 6:23-cr-188-RBD-RMN

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Andrew Chmelir, Esq.

                                              By:   /s/ *Michael Sartoian*
                                                        MICHAEL SARTOIAN
                                                        Assistant United States Attorney
                                                        Florida Bar No.: 124505
                                                        400 W. Washington Street, Suite 3100
                                                        Orlando, Florida 32801
                                                        Telephone:  (407) 648-7500
                                                        Facsimile:   (407) 648-7643
                                                        E-mail:       MSartoian@usa.doj.gov