# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                    **CASE NO: 6:23-cr-188-RBD-RMN**

**CHING YU**

---

AUSA: Michael Sartoian

Defense Attorney: Andrew J. Chmelir, Criminal Justice Act

| JUDGE: | **ROBERT M. NORWAY**<br>United States Magistrate Judge | DATE AND TIME: | **November 21, 2023**<br>1:37 P.M. – 1:38 P.M.<br>1:40 P.M. – 2:13 P.M. |
|---|---|---|---|
| Courtroom: | 3C | TOTAL TIME: | 34 minutes |
| DEPUTY CLERK: | T. Palmer | REPORTER: | Digital<br>https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form |
| INTERPRETER: | Hailin Huang (Mandarin) | PRETRIAL/PROB: | No Appearance |

## CLERK'S MINUTES
### CHANGE OF PLEA

Case called, appearances made, procedural setting by the Court.
Recess (1:38 P.M. – 1:40 P.M.)
Interpreter sworn in.
Defendant is placed under oath.
Court inquires of the defendant – No issue as to competency.
Defendant consents to have the Magistrate Judge take his plea.
Court advises defendant of his rights, sentencing guidelines and reviews the notice of maximum penalty, elements of offense, personalization of elements and factual basis.
Defendant enters a plea of guilty as to count two of the indictment.
Court receives the guilty plea and will enter a Report and Recommendation.
Court directs Probation to prepare a PSR.
Sentencing will be set by separate notice.
Defendant is remanded to the custody of the U.S. Marshals pending sentencing.
Court adjourned.