# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 6:23-cr-188-RBD-RMN

CHING YU

___

## NOTICE OF NO OBJECTION TO REPORT AND RECOMMENDATION

Defendant **CHING YU** has no objection to the Report and Recommendation issued by the Magistrate Judge on November 21, 2023 regarding the plea of guilty entered by **CHING YU**.

November 21, 2023

_Yu Ching_
**CHING YU**

_____
Counsel for **CHING YU**

Copies to:
Counsel of Record