# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                              CASE NO: 6:23-cr-188-RBD-RMN

CHING YU

_____

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Amended Report and Recommendation Concerning Plea of Guilty (Doc. 88) entered by the Honorable Robert M. Norway, United States Magistrate Judge as the 14-day objection period has expired.  The Court hereby accepts the Defendant's plea of guilty to Count Two of the Indictment, and the Defendant is adjudged guilty of such offense.

**SENTENCING** for the Defendant is hereby scheduled for **Tuesday, February 20, 2024, at 10:45 AM** before the undersigned in the United States Courthouse, Courtroom 4A, Fourth Floor, 401 West Central Boulevard, Orlando, Florida 32801.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY MOTION FOR DEPARTURE OR OTHER WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN SEVEN (7) DAYS PRIOR TO THE DATE OF SENTENCING.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on December 11, 2023.

Copies: Counsel of Record

ROY B. DALTON, JR.
United States District Judge