**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                      **Case No. 6:23-cr-188-RBD-RMN**

**JUN WANG,**

    **Defendant.**
_____ /

## UNOPPOSED MOTION TO ADVANCE SENTENCING HEARING

Jun Wang, through her attorney, respectfully moves this Honorable Court to consider advancing her sentencing hearing date. In support, Ms. Wang states the following:

1. Ms. Wang is scheduled for sentencing on February 20, 2024 at 10:00 a.m. before this Court. Doc. 76.

2. According to Ms. Wang's Initial Presentence Investigation Report ("hereinafter referred to as PSR"), her sentencing guidelines are zero to six months' imprisonment. PSR at ¶ 55. There are no outstanding objections to the PSR.

3. Ms. Wang has been in custody at the Orange County Jail since September 7, 2023, which as of the filing of this pleading is 146 days, or four months and 24 days. PSR, p. 1.

4. Pursuant to Local Rule 3.01(g) and this Court's Criminal Scheduling Order, undersigned counsel consulted with Assistant United States Attorney Michael Sartoian and he does not oppose this motion.

5. Both parties will jointly recommend a sentence of credit for time served.

6. Undersigned counsel also consulted with CJA Attorney Andrew Chmelir, who represents Ms. Wang's co-defendant, Ching Yu. Ms. Yu's guidelines are the same as Ms. Wang's and she has been detained the same amount of time. Mr. Sartoian will also recommend a sentence of credit for time-served for Ms. Yu.

## MEMORANDUM OF LAW

Fed. R. Crim. P. Rule 32(b)(1) provides that the court must impose sentence without delay. Rule 32(b)(2) provides that the court may, for good cause, change any time limits prescribed in the rule. Since the parties are ready to proceed to sentencing, the undersigned is requesting that this Court advance the sentencing to a date and time convenient to this Court.

WHEREFORE, Jun Wang, respectfully moves this Court to enter its Order advancing the sentencing to a date and time convenient to this Honorable Court.

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*s/Karla M. Reyes*
Karla M. Reyes
Assistant Federal Defender
Florida Bar No.0072652
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: karla_reyes@fd.org

3