UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No: 6:23-cr-188-RBD-RMN

CHING YU

AUSA: Michael Sartoian

Defense Attorney: Andrew Chmelir, CJA

| JUDGE: | **ROY B. DALTON, JR.** United States District Judge | DATE AND TIME: | **February 7, 2024** 10:27 A.M. – 10:33 A.M. |
|---|---|---|---|
| DEPUTY CLERK: | Ann Lindstrand | REPORTER: | Amie First amiefirst.courtreporter@gmail.com |
| INTERPRETER: | Hailin Huang | PRETRIAL/PROB: | Angela Harris-Butler |
| TOTAL TIME: | 6 Minutes | | |

**CLERK'S MINUTES**
**SENTENCING**

Case called.   Appearances made by counsel.   Interpreter sworn.

Defendant was adjudged guilty as to Count Two of the Indictment.

**IMPRISONMENT**:   TIME SERVED.

**SUPERVISED RELEASE**:   As a term of supervised release is not required by statute, and the defendant is a deportable alien who likely will be deported after her imprisonment, supervised release is not ordered.

Having been convicted of a qualifying felony, defendant must cooperate in the collection of DNA as directed by the probation officer.

**DEPORTATION:**   If deported, defendant shall not re-enter the United States without the express permission of the appropriate governmental authority.

**RESTITUTION:** N/A

**FINE**:   Waived.

**SPECIAL ASSESSMENT**:   $100.00, due immediately.

The defendant is remanded to the custody of the United States Marshal to await such processing as required by the U.S. Immigration and Customs Enforcement.

Defendant advised of right to appeal.

Court is adjourned.